**CHAMBERS PREPARED ORDER**

FILED & ENTERED

MAY 19 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:19-bk-15865-SY |
| ROBERT V GARCIA, | Chapter 7 |
| Debtor. | |
| NORMA FERNANDEZ, <br> Plaintiff, <br> v. <br> ROBERT V GARCIA, <br> Defendant. | Adv. No.: 6:19-ap-01136-SY <br><br> **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION** <br><br> <u>Hearing</u> <br> Date: June 23, 2022 <br> Time: 9:30 a.m. <br> Place: Courtroom 302 |

The court previously issued an Order to Show Cause re Dismissal for Lack of Prosecution ("OSC") in this case on April 29, 2021 because the parties failed to file a status report and failed to appear at a status conference. [Doc. 21]. The status conference was continued to the same date and time as the hearing on the OSC, with a status report and written response to the OSC both due two weeks prior to the hearings. Plaintiff did file a timely response to the OSC, but the parties filed a very late status report one day prior to the continued status conference and hearing on the OSC.

[Doc. 25 & 27]. Plaintiff's counsel, Daniel J Tripathi, appeared at the hearings and explained that he had hired a new law clerk and the prior status conference was mis-calendared. The court emphasized to Mr. Tripathi that he would be required to attend all future hearings, vacated the OSC, and set a pre-trial conference for September 23, 2021 at 9:30 a.m. [Doc. 28 & 29].

At the pre-trial conference, the court set a two-day trial to commence on June 1, 2022 at 9:30 a.m. [Doc. 34]. The court emphasized that its trial dates were scarce due to the restrictions on court hearings over the prior two years, and that the trial dates selected were the earliest ones available on the court's schedule that would provide two consecutive days of trial. Plaintiff's counsel represented that he would prefer an earlier date if possible, but agreed to the trial dates proposed as they were the earliest available.

The Trial Procedures Supplement to Local Bankruptcy Rules for the Hon. Scott H. Jun ("Trial Procedures") can be found on the court website. They require that the plaintiff file all exhibits comprising plaintiff's case in chief twenty-eight days prior to the initial trial date and provide a judge's copy to chambers on the same date that the exhibits are filed. [Trial Procedures at III.A]. The Trial Procedures also specify that all exhibits must be assembled in three-ring binders. Id. Finally, at least four copies of all exhibits in three-ring binders must be delivered to the Courtroom Deputy seven days before the trial date for use by the witnesses and parties in the courtroom at trial. [Trial Procedures at IV.A]. All of the exhibits must be marked for identification, separately tabbed, and contain page numbers. Id.

Twenty-eight days prior to commencement of the trial in this case was May 4, 2022. Plaintiff has not filed exhibits or provide a judge's copy of the exhibits. On May 19, 2022, plaintiff delivered three copies of exhibits to the Courtroom Deputy. One copy is contained in three-ring binders and tabbed, while the other two copies consist of un-tabbed loose paper bound in multiple rubber bands. Plaintiff's counsel has repeatedly failed to comply with the court's Trial Procedures while occupying trial dates that could and would have been assigned to other cases and impaired the court's ability to properly prepare for the upcoming trial. In light of plaintiff's prior and current failures to comply with Local Bankruptcy Rules and court procedures in timely

prosecution of this case, it now appears that there are grounds to dismiss the case for lack of prosecution.

IT IS ORDERED that the trial set for June 1, 2022-June 2, 2022 is vacated.

IT IS FURTHER ORDERED that plaintiff's counsel shall appear in person on **June 23, 2022 at 9:30 a.m.** and show cause why this case should not be dismissed for lack of prosecution. A written response is due by **June 9, 2022**.

###

Date: May 19, 2022

Scott H. Yun
United States Bankruptcy Judge

3