1

**CAL-LAWYER PLC**
**DANIEL J. TRIPATHI (BAR NO. 245317)**

2  4192 Brockton Avenue, Suite 100
Riverside, California 92501

3  Email: Dan@Cal-Lawyer.com
Telephone: (951) 880-7946

4  Facsimile: (951) 742-7844

5  **Attorney for Plaintiff,**
**NORMA ANN FERNANDEZ**

6

7

8  **UNITED STATES BANKRUPTCY COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

10  In re:                                                )   **Case No.: 6:19-bk-15865-SY**
ROBERT V GARCIA,                                       )   **Chapter 7**

11                                                         )

12            Debtor,                                      )
                                                          )

13                                                         )
                                                          )

14  _____                       )   **Adv. No.: 6:19-ap-01136-SY**

15  NORMA FERNANDEZ,                                       )
                                                          )   **DECLARATION OF CHRISTEL PEREZ**

16            Plaintiff,                                   )   **RE: ORDER TO SHOW CAUSE RE**
                                                          )   **DISMISSAL FOR LACK OF**

17  v.                                                     )   **PROSECUTION**
ROBERT V GARCIA,                                       )

18                                                         )
            Defendant.                                     )

19                                                         )

20  _____                       )

21          I, CHRISTEL PEREZ, am an Administrative Assistant for Cal-Lawyer, PLC. I am

22  familiar with the facts of this case and if called to testify, I can and will testify as follows:

23          1.   On September 15, 2021, my office filed a Joint Proposed Trial Exhibit List in

24  the above referenced matter.

25          2.   On November 17, 2021, the Court granted the Defendant's Motion to have

26

27  his attorney relieved as counsel.

28

FILED

JUN - 7 2022

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

CAL-LAWYER PLC
DANIEL J. TRIPATHI
4192 Brockton Avenue, Suite 100
Riverside, California 92501
Telephone: (951) 880-7496 Fax: (951) 742--7844

---

**DECLARATION OF CHRISTEL PEREZ REGARDING OSC  PAGE 1 OF 3**

3. We have been waiting for the Defendant to add his exhibits to ours for a joint exhibits to be submitted to the Court. The Defendant never submitted his exhibits to us. To our knowledge, he never filed them with the Court either.

4. I discovered that my office did not have efiling access to file with the Bankruptcy Court.

5. I contacted the Court Clerk and explained that we are not registered to efile documents in Bankruptcy court. The Clerk instructed me to make copies of the exhibits. The Clerk instructed me to bring them to the courthouse. The Clerk specifically told me not to punch any holes, staple or add any paperclips to the exhibit documents so she could scan them at the Court.

6. The exhibits consisted of over 800 pages, and I needed to make three sets of the exhibits: One set for the clerk to scan, one set to be conformed for our office and one set in binders for the judge.

7. Rosemarie B. Pitruzzello, Office Manager, assisted me in compiling and copying the exhibits. Due to the voluminous number of exhibits to be copied, we had difficulties with our copy machine.

8. We needed to utilize the services of PIP printing. They were very busy and could not get the copies to us until the next day. (See attached Receipts)

9. On May 19, 2022, we delivered the copies to the Court clerk. The Clerk asked what we were filing. We stated there are two copies of the Exhibits for court filing. one for the clerk, one to be conformed and returned as our copy. The Clerk stated you should have brought three copies if you wanted a conformed copy. The Clerk kept both Exhibit Copies that were put together with rubber bands. The Clerk took out a yellow post it pad and date stamped the post

CAL-LAWYER PLC
DANIEL J. TRIPATHI
4192 Brockton Avenue, Suite 100
Riverside, California 92501
Telephone: (951) 880-7496 Fax: (951) 742-7844

**DECLARATION OF CHRISTEL PEREZ REGARDING OSC PAGE 2 OF 3**

1   it and attached it to the Exhibit copies. We did not receive a conformed copy. We asked how

2   can we confirm these Exhibit Documents were received. The Clerk stated you may be able to

3   see them on line. The Clerk then asked what the Binder was for, and we stated it was the

4   Judges copy of the Exhibits and we are going to deliver this to the required courtroom location.

5   The Clerk then said "Give me the binders and I will make sure it is delivered to the Courtroom.

6

7   I'm taking them upstairs.". The Clerk then placed the unbound copies and the Judges binder on

8   a rolling cart.

9        10.   On May 26, 2022, we received a letter from the court indicating that we did not

10  properly file the exhibits and the case was ordered for am OSC on June 23, 2022 Re Dismissal.

11

12       11.   We have made every attempt to adhere to the Court's trial rules and include the

13  Defendant's exhibits, however, the in pro per Defendant has not been in communication with

14  my office to exchange the exhibits.

15

16       I declare under the laws of the State of California under penalty of perjury that the

17  foregoing is true and correct.

18

19  Executed on June 2, 2022

20                                         CHRISTEL PEREZ, Declarant

21

22                                         Respectfully submitted,

23                                         **CAL-LAWYER PLC**

24

25                                              /s/ Daniel J. Tripathi
                                           **DANIEL J. TRIPATHI**
26                                         Attorney for Plaintiff,
                                           NORMA ANN FERNANDEZ
27

28

---

**DECLARATION OF CHRISTEL PEREZ REGARDING OSC  PAGE 3 OF 3**

# EXHIBIT "A"
# PIP RECEIPTS



**INVOICE**

SHELF #

**392488**

4083 Market Street ▪ Riverside, CA 92501 ▪ (951) 682-2005 ▪ Fax (951) 682-1619

SOLD TO
Cal-Lawyer
4192 Brockton Ave
Riverside CA 92501
Rose
Phone: 951-880-7946

Date:    5/19/22

| Quantity | Description | Amount |
|---|---|---|
| 3 | Case files, b/w, single sided, , 8.5 x 11 white 92 20# Bond, 844 sheets, digital BW HDM printed on 1 side | $ 167.65 |

Sales Rep:    Lauren
Taken by:    Lauren                    Ship Via:    Will Call
Account Type: COD

| | |
|---|---|
| SUBTOTAL | $ 167.65 |
| TAX | $ 14.67 |
| SHIPPING | $ 0.00 |
| DEPOSITS | $ 182.32 |
| TOTAL | $ 182.32 |
| AMOUNT DUE | $ 0.00 |

Case files, 3 sets b/w

Deposit 1: $182.32 (Credit Card)

■ All claims or adjustments must be received in our office within 7 days of receipt of goods or services from PIP Printing of Riverside/Corona. Client's signature below represents approval of the work on this invoice. With this approval PIP Printing of Riverside/Corona will take responsibility for any costs up to or equaling the amount of this invoice, which incur due to negligence on the part of PIP Printing of Riverside/Corona.

■ A 1.5% per month finance charge will be added to all accounts past due over 30 days.

■ The client agrees to pay all costs and attorney fees incurred in collection of past due invoices and accounts.

■ PIP Printing of Riverside/Corona reserves the right to charge your credit card for any unpaid balance after 30 days from the date of invoice.

■ Client agrees to hold PIP Printing of Riverside/Corona harmless and to indemnify PIP Printing of Riverside/Corona and its representatives against any and all liabilities, damages, costs including attorney's fees incurred by PIP Printing of Riverside/Corona and its representatives. Client represents that no infringing use is being made of any trademarks, trade names or any other names, logos or symbols used.

■ All estimates are subject to change upon PIP viewing original art and final specifications. Additional services at higher cost may be associated with actual production procedures required. This estimate is valid for 5 days.

I hereby represent that I am the owner or an authorized agent of the purchasing entity. This invoice constitutes a contract between the signator of this invoice and PIP Printing of Riverside/Corona.
I have read and fully understand this contract. I agree to abide to the terms and conditions within this contract.

Items received prior to invoice completion:

**NOTIFICATION**

| DATE | RESPONSE | INITIAL |
|---|---|---|
| | | |

**DEPOSIT**

☐ CASH
☐ CHECK # _____
☐ CC TYPE _____
DATE _____
BY _____

**PAID IN FULL**

☐ CASH
☐ CHECK # _____
☐ CC TYPE  MC
DATE  5-19-22
BY _____

ITEM #                    Signature                    Date    CSR

☐ Authorized Signature                    Print Last    Date    CSR

☐ Emailed to: _____                    Date    CSR

Our terms are Net 15 days on Charge Accounts.  Please stay current.

INV-EST-PMS Master 2022-01

PIP PRINTING RIVERSIDE
4093 MARKET ST
RIVERSIDE, CA. 92501
951-682-2005

## SALE

REF#: 00000007

Batch #: 348

05/19/22                                    16:48:30

AVS: Y                        CVV2: M

APPR CODE: 85848P

ENCRYPTED BY ELAVON

Trace: 7

MASTERCARD                    Manual CNP

*************2802                      **/**

**AMOUNT        $182.32**


## APPROVED


THANK YOU


CUSTOMER COPY